AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Daniel Dustin Deneui | ) Case: 1:24-mj-00380 |
|  | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/11/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel Dustin Deneui,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder);
18 U.S.C. §§ 1361 and 2 (Destruction of Government Property);
18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings).

*Issuing officer's signature*

Date: 12/11/2024

City and state: Washington, D.C.     Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/11/2024, and the person was arrested on *(date)* 12/18/2024
at *(city and state)* FORT WORTH, TX.

Date: 12/18/2024

*Arresting officer's signature*

JAMES HOLT, SPECIAL AGENT, FBI
*Printed name and title*